IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD SOBCZEWSKI,

    Defendant.

**INDICTMENT**
18 U.S.C. § 201(b)(1)(A)

The Grand Jury charges that:

**COUNT ONE**

On or about April 10, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly offered and promised a thing of value to public official Joel Zielke, a Revenue Agent, with intent to influence an official act; that is, EDWARD SOBCZEWSKI offered and promised to Joel Zielke Colorado Rockies tickets if Joel Zielke changed his audit results of EDWARD SOBCZEWSKI's 2006 personal income tax return.

The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

## COUNT TWO

On or about May 1, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly offered and promised a thing of value to public official Joel Zielke, a Revenue Agent, with intent to influence an official act; that is, EDWARD SOBCZEWSKI offered and promised to Joel Zielke Colorado Rockies tickets if Joel Zielke changed his audit results of EDWARD SOBCZEWSKI's 2006 personal income tax return.

The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

## COUNT THREE

On or about May 6, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly offered and promised a thing of value to public official Joel Zielke, a Revenue Agent, with intent to influence an official act; that is, EDWARD SOBCZEWSKI offered and promised to Joel Zielke Colorado Rockies tickets if Joel Zielke changed his audit results of EDWARD SOBCZEWSKI's 2006 personal income tax return.

The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

## COUNT FOUR

On or about May 22, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly gave a thing of value to public official Joel Zielke, a Revenue Agent, with intent to influence an official act; that is, EDWARD SOBCZEWSKI gave Joel Zielke season tickets for the Colorado Rockies in exchange for Joel Zielke changed his audit results of EDWARD SOBCZEWSKI's 2006 personal income tax return.

The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

By:  <u>s/SUNEETA HAZRA</u>
Suneeta Hazra
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0403
E-mail:  :  Suneeta.Hazra@usdoj.gov
Attorney for Government