AO 442 (Rev 5/85)   Warrant for Arrest

# United States District Court

DISTRICT OF      COLORADO

**UNITED STATES OF AMERICA**

**V.**

**EDWARD SOBCZEWSKI**

## WARRANT FOR ARREST

**CASE NUMBER: 08-cr-00300-WYD**

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWARD SOBCZEWSKI, and bring him forthwith to the nearest magistrate to answer an

**X** Indictment   ☐ Information  Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Bribery of public officials and witnesses

in violation of Title 18 U.S.C. Section 201(b)(1)(A)

Gregory C. Langham, Clerk, U.S. District Court
Name of Issuing Officer                                                                                           Title of Issuing Officer

7/21/2008 at Denver, CO
Date and Location

s/T.Lee
(By) Deputy Clerk

Bail fixed at $_____   by _____
                                                                                    Name of Judicial Officer

**RETURN**

**This warrant was received and executed with the arrest of the above-named defendant at** _____

_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**:

DEFENDANT'S NAME: Edward Sobczewski

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

YEAR OF BIRTH: 1961

SOCIAL SECURITY NUMBER: XXX-XX-3864

HEIGHT: WEIGHT:

SEX: Male    RACE:

HAIR: EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: