AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

_____ DISTRICT OF ____COLORADO____

**UNITED STATES OF AMERICA**

V.

EDWARD SOBCZEWSKI

## WARRANT FOR ARREST

**CASE NUMBER: 08-cr-00300-WYD**

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWARD SOBCZEWSKI, and bring him forthwith to the nearest magistrate to answer an

[X] Indictment  [ ] Information  Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

Bribery of public officials and witnesses

in violation of Title 18 U.S.C. Section 201(b)(1)(A)

Gregory C. Langham, Clerk, U.S. District Court
Name of Issuing Officer                                         Title of Issuing Officer

7/21/2008 at Denver, CO
Date and Location

s/T.Lee
(By) Deputy Clerk

Bail fixed at $_____    by _____
                                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 535 E. Cimarron ST. Colorado Springs Co. |

| DATE RECEIVED 7/23/08 | NAME AND TITLE OF ARRESTING OFFICER William Frankel Special Agent | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 7/23/08 | | |

AO 442 (Rev. 5/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**