UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00300-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD SOBCZEWSKI,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, August 18, 2008,** and responses to these motions shall be filed by **Friday, August 29, 2008.** It is

    FURTHER ORDERED that counsel will notify the Court if a hearing on all pending motions, if any, and final trial preparation conference is necessary. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, September 29, 2008, at 9:00 a.m. in courtroom A-1002.**

    Dated: July 30, 2008

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge