UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00300-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD SOBCZEWSKI,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Disclose Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) & (F). Having reviewed the motion and being otherwise advised in the bases, I find that good and sufficient cause supports the Motion. It is therefore

ORDERED that Plaintiff's Motion to Disclose Grand Jury Material to Defendant (Doc. # 31) is **GRANTED**. In accordance therewith, grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case. It is

FURTHER ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

Dated: December 19, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge