IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00300-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. EDWARD SOBCZEWSKI,

 Defendant.

**SUPERSEDING INDICTMENT**
18 U.S.C. § 201(b)(1)(A)

 The Grand Jury charges that:

**COUNT ONE**

 On or about April 10, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly offered and promised a thing of value to public official Joel Zielke, a Revenue Agent,  with intent to influence an official act; that is, EDWARD SOBCZEWSKI offered and promised to Joel Zielke some Colorado Rockies tickets if Joel Zielke changed his audit results of  EDWARD SOBCZEWSKI's 2006 personal income tax return.

 The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

## COUNT TWO

Between on or about May 1, 2008, and on or about May 22, 2008, in the State and District of Colorado, EDWARD SOBCZEWSKI, directly and indirectly, corruptly offered and promised a thing of value to public official Joel Zielke, a Revenue Agent, with intent to influence an official act; that is, EDWARD SOBCZEWSKI offered and promised to Joel Zielke Colorado Rockies season tickets if Joel Zielke changed his audit results of EDWARD SOBCZEWSKI's 2006 personal income tax return.

The foregoing was in violation of Title 18, United States Code, Section 201(b)(1)(A).

A TRUE BILL:

Ink signature on file in the clerk's office
FOREPERSON

DAVID M. GAOUETTE
Acting United States Attorney

By: s/SUNEETA HAZRA
Suneeta Hazra
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0403
E-mail: : Suneeta.Hazra@usdoj.gov
Attorney for Government