UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00300-WYD

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. EDWARD SOBCZEWSKI,

   Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

   A Notice of Disposition was filed in the above matter on March 6, 2009. A Change of Plea hearing is set for **Monday, April 27, 2009, at 10:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

   In light of the above, the Final Trial Preparation Conference and Hearing on Pending Motions set on Thursday, March 19, 2009, at 11:00 a.m. and the four-day jury trial set to commence Monday, April 6, 2009, are **VACATED**.

   Dated: March 6, 2009