**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00300-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDWARD SOBCZEWSKI,

       Defendant.

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

     Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

     **ORDERED** that the defendant, EDWARD SOBCZEWSKI, be allowed to travel to Dubai, United Arab Emirates from October 22, 2009, until November 19, 2009.

     **DATED** at Denver, Colorado, this 29th day of September, 2009.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge