**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00300-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDWARD SOBCZEWSKI,

       Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

    Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of probation, it is

    **ORDERED** that the defendant, EDWARD SOBCZEWSKI, be allowed to travel to Saudi Arabia from January 21, 2010, until January 31, 2010.

    **DATED** at Denver, Colorado, this 22nd day of December, 2009.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Chief United States District Judge