**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00300-WYD-01

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

EDWARD SOBCZEWSKI,

      Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of probation, it is

**ORDERED** that the defendant, EDWARD SOBCZEWSKI, be allowed to travel to Dubai, United Arab Emirates from May 22, 2010, until August 29, 2010.

**DATED** at Denver, Colorado, this 9th day of April, 2010.

                BY THE COURT:


                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge