UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00300-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

EDWARD SOBCZEWSKI,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      On, August 23, 2010, the probation officer submitted a memorandum for early termination of probation in this case. The United States Attorney was contacted on August 2, 2010, and the United States has no objections to the proposed termination of probation. Accordingly, it is

      **ORDERED** that the defendant be discharged from probation and that the proceedings in the case be terminated.

      **DATED** at Denver, Colorado, this 30th day of August, 2010.

      BY THE COURT:


      s/ Wiley Y. Daniel
      Wiley Y. Daniel
      Chief United States District Judge